# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **NICHOLAS BEATTY,** | Civil Case No.: 15-cv-1510 |
| Plaintiff, | |
| v. | |
| **CLICKSPARK, LLC d/b/a DEGREEMATCH,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Nicholas Beatty, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

**Dated**: July 29, 2015

*/s/ Jeremy M. Glapion*_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive, Suite 102
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com