IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01510-WYD-KLM

NICHOLAS BEATTY,

    Plaintiff,

v.

CLICKSPARK, LLC d/b/a DEGREEMATCH,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 29, 2015 (ECF No. 7), it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated:  July 30, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge